UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                           Criminal No. 10-cr-53-05-JD

Thomas Blank

O R D E R

     The assented to motion to reschedule jury trial (document no. 67) filed by defendant is granted.  Trial is continued as to defendant Blank and his co-defendants to the two-week period beginning October 4, 2011, 9:30 AM.

     Defendant Blank shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

     SO ORDERED.

                                                   /s/ Joseph A. DiClerico, Jr.
                                                   Joseph A. DiClerico, Jr.
                                                   United States District Judge

Date:  July 19, 2011

cc:  Michael Iacopino, Esq.
     Debra Walsh, Esq.
     Paul Garrity, Esq.
     Sven Wiberg, Esq.
     Jonathan Saxe, Esq.
     U.S. Marshal
     U.S. Probation